UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR -3 AM 10: 12

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Eddy Cumplido-Montes Defendant, | Mag. Case Number: '08 MJ 0631 COMPLAINT FOR VIOLATION OF: Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |

BY RM DEPUTY

The undersigned complaint being duly sworn states:

On or about March 2, 2008, within the Southern District of California, Eddy Cumplido-Montes did knowingly and intentionally import approximately 0.60 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

E Clark

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF MARCH, 2008.

MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Case

**PROBABLE CAUSE STATEMENT**

I, Special Agent Chris Crawford, declare under penalty of perjury, the following is true and correct:

On 03/02/2008, at approximately 2105 hours Eddy CUMPLIDO-Montes entered the United States through the pedestrian facility at the Otay Mesa Port of Entry. CUMPLIDO presented his identification and gave a negative customs declaration to Customs and Border Protection Officer (CBPO) D. Reynoso. CUMPLIDO was referred to the security office for a physical pat down, which revealed a plastic container tucked inside the front of his pants. CUMPLIDO was then placed in a detention cell while the package was tested and processed.

CBPO V. Hernandez was assigned to test and process the package found on CUMPLIDO. CBPO Hernandez was given a plastic container, wrapped in brown tape and enclosed in a vacuum-sealed bag. Inside the container was a substance that field-tested positive for methamphetamine. The net weight of the package and methamphetamine was 0.60 kilograms.

On March 3, 2008, at approximately 0145 hours, U.S. Immigration and Customs Enforcement (ICE) Special Agents (SA) Chris Crawford and Scott Lensky contacted CUMPLIDO and informed him that he was under arrest. CUMPLIDO was read his rights, per Miranda, off of a pre-printed form by SA Crawford as witnessed by SA Lensky. After being read his rights in English, CUMPLIDO informed SA Crawford that he would feel more comfortable speaking in Spanish. SA Crawford brought CBPO Y. Galaz into the interview room to act as a translator. CBPO Galaz read CUMPLIDO his rights, in the Spanish Language, off of a pre-printed form as witnessed by SA Crawford. CUMPLIDO stated that he would like to have an attorney present during questioning. CUMPLIDO then stated that he didn't have much to say anyway, only that an old acquaintance had paid him $200 to bring the package across and take it to a 7-eleven. He thought the package contained diabetic medicine. CUMPLIDO continued to speak to CBPO Galaz in Spanish. SA Crawford asked CBPO Galaz to ask CUMPLIDO if he understood his rights and if he wanted an attorney present. CUMPLIDO stated that he wanted an attorney present and the interview was terminated.

Special Agent Chris Crawford
U.S. Immigration & Customs Enforcement