FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>Eddy CUMPLIDO-Montes<br>Defendant. | Case No.: 08 mj 0631<br><br>ORDER RE:<br>SUBSTITUTION OF ATTORNEY |

**ORDER**

IT IS HEREBY ORDERED that DAVID N. HORWITZ, ESQ. is substituted in as attorney of record for defendant Eddy Cumplido-Montes in place of Frank M. Mangan, Esq.

DATED: 3/18/08

MAGISTRATE\JUDGE
UNITED STATES DISTRICT COURT