DAVID N. HORWITZ (Bar #132862)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1700
San Diego, California 92101
(619) 696-6555

Attorney for Defendant

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** **Plaintiff,** vs. **Eddy CUMPLIDO-Montes** **Defendant.** | **Case No.: 08 mj 0631** **SUBSTITUTION OF ATTORNEY** |

To all parties and to their attorney(s) of record: PLEASE TAKE NOTICE that:

Defendant Eddy CUMPLIDO-Montes hereby substitutes:

DAVID N. HORWITZ
ATTORNEY AT LAW
1010 Second Avenue, Suite 1700
San Diego, CA 92101
(619) 696-6555

as attorney of record in place of:

Frank Matthew Mangan
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101

I consent to the above substitution.

DATED: 3/12/08 [signature]
Eddy CUMPLIDO-Montes

DATED: 3/15/08 [signature]
Frank M. Mangan, Esq.

DATED: 3-12-08 [signature]
David N. Horwitz, Esq.